UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ x

RAFAEL RAMIREZ,

                        Plaintiffs,

      -against-

COUNTY OF NASSAU, et al.,

                        Defendants.

------------------------------------------------------ x

**ANSWER ON BEHALF OF DEFENDANT THE CITY OF NEW YORK**

20-CV-4287 (AMD)(RER)

Jury Trial Demanded

        Defendant City of New York, by its attorney, James E. Johnson, Corporation Counsel of the City of New York, for its answer to the complaint, dated September 14, 2020, on information and belief respectfully:

        1. Denies the allegations in paragraph "1" of the complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

        2. Denies the allegations in paragraph "2" of the complaint, except admits that plaintiff has commenced an action as stated therein.

        3. Denies the allegations in paragraph "3" of the complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

        4. Denies the allegations in paragraph "4" of the complaint, except admits that plaintiff purports to base venue in this district as stated therein.

        5. Denies the allegations in paragraph "5" of the complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

        6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "6" of the complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "7" of the complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "8" of the complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "9" of the complaint.

10. Denies the allegations in paragraph "10" of the complaint, except admits that the City of New York is a municipal corporation organized under the laws of the State of New York.

11. Denies the allegations in paragraph "11" of the complaint, and respectfully refers the Court to the New York City Charter and the Administrative Code for a recitation of the relationship between defendant City and the New York City Police Department.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "12" regarding the John Doe officers.

13. Denies the allegations in paragraph "13" of the complaint.

14. Denies the allegations in paragraph "14" of the complaint.

15. Denies the allegations in paragraph "15" of the complaint.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "16" of the complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "17" of the complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "18" of the complaint.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "19" of the complaint.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "20" of the complaint.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "21" of the complaint.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "22" of the complaint.

23. Denies the allegations in paragraph "23" of the complaint.

24. Denies the allegations in paragraph "24" of the complaint.

25. Denies the allegations in paragraph "25" of the complaint.

26. Denies the allegations in paragraph "26" of the complaint.

27. Denies the allegations in paragraph "27" of the complaint.

28. Denies the allegations in paragraph "28" of the complaint.

29. Denies the allegations in paragraph "29" of the complaint.

30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "30" of the complaint.

31. Denies the allegations in paragraph "31" of the complaint.

32. Denies the allegations in paragraph "32" of the complaint.

33. In response to the allegations in paragraph "33" of complaint, defendant repeats the responses in the preceding paragraphs as if fully set forth herein.

34. Denies the allegations in paragraph "34" of the complaint.

35. Denies the allegations in paragraph "35" of the complaint.

36. Denies the allegadons in paragraph "36" of the complaint.

37. Denies the allegations in paragraph "37" of the complaint.

38. Denies the allegations in paragraph "38" of the complaint.

39. Denies the allegations in paragraph "39" of the complaint.

40. In response to the allegations in paragraph "40" of complaint, defendant repeats the responses in the preceding paragraphs as if fully set forth herein.

41. Denies the allegations in paragraph "41" of the complaint.

42. Denies the allegations in paragraph "42" of the complaint.

43. Denies the allegations in paragraph "43" of the complaint.

44. Denies the allegations in paragraph "44" of the complaint.

45. Denies the allegations in paragraph "45" of the complaint.

46. In response to the allegations in paragraph "46" of complaint, defendant repeats the responses in the preceding paragraphs as if fully set forth herein.

47. Denies the allegations in paragraph "47" of the complaint.

48. Denies the allegations in paragraph "48" of the complaint.

49. Denies the allegations in paragraph "49" of the complaint.

50. Denies the allegations in paragraph "50" of the complaint.

51. Denies the allegations in paragraph "51" of the complaint.

52. In response to the allegations in paragraph "52" of complaint, defendant repeats the responses in the preceding paragraphs as if fully set forth herein.

53. Denies the allegations in paragraph "53" of the complaint.

54. Denies the allegations in paragraph "54" of the complaint.

55. Denies the allegations in paragraph "55" of the complaint.

56. Denies the allegations in paragraph "56" of the complaint.

57. In response to the allegations in paragraph "57" of complaint, defendant repeats the responses in the preceding paragraphs as if fully set forth herein.

58. Denies the allegations in paragraph "58" of the complaint.

59. Denies the allegations in paragraph "59" of the complaint.

60. Denies the allegations in paragraph "60" of the complaint.

61. Denies the allegations in paragraph "61" of the complaint.

62. Denies the allegations in paragraph "62" of the complaint.

63. Denies the allegations in paragraph "63" of the complaint.

64. Denies the allegations in paragraph "64" of the complaint.

65. Denies the allegations in paragraph "65" of the complaint.

66. Denies the allegations in paragraph "66" of the complaint.

67. Denies the allegations in paragraph "67" of the complaint.

68. Denies the allegations in paragraph "68" of the complaint.

69. Denies the allegations in paragraph "69" of the complaint.

70. Denies the allegations in paragraph "70" of the complaint.

71. Denies the allegations in paragraph "71" of the complaint.

72. Denies the allegations in paragraph "72" of the complaint.

73. Denies the allegations in paragraph "73" of the complaint.

74. Denies the allegations in paragraph "74" of the complaint.

75. Denies the allegations in paragraph "75" of the complaint.

76. Denies the allegations in paragraph "76" of the complaint, and all its subparts.

77. Denies the allegations in paragraph "77" of the complaint.

78. Denies the allegations in paragraph "78" of the complaint.

79. Denies the allegadtions in paragraph "79" of the complaint.

80. Denies the allegations in paragraph "80" of the complaint.

81. Denies the allegations in paragraph "81" of the complaint.

## FIRST AFFIRMATIVE DEFENSE:

82. The complaint fails to states a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE:

83. Defendant has not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has defendant violated any Act of Congress providing for the protection of civil rights.

## THIRD AFFIRMATIVE DEFENSE:

84. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct and/or the culpable or negligent conduct of others and was not the proximate result of any act of defendant.

## FOURTH AFFIRMATIVE DEFENSE:

85. Plaintiff cannot obtain punitive damages as against The City of New York.

## FIFTH AFFIRMATIVE DEFENSE:

86. There was reasonable suspicion, probable cause, and/or exigent circumstances for any alleged stop or search.

## SIXTH AFFIRMATIVE DEFENSE:

87. There was probable cause for plaintiff's arrest, detention, and prosecution.

## SEVENTH AFFIRMATIVE DEFENSE:

88. Plaintiff has failed to comply with New York General Municipal Law §§ 50(e), *et seq*.

## EIGHTH AFFIRMATIVE DEFENSE:

- 7 -

89. At all times relevant to the acts alleged in the complaint, the duties and functions of the municipal defendant's officials entailed the reasonable exercise of proper and lawful discretion. Therefore, defendant City is entitled to governmental immunity from liability.

### NINTH AFFIRMATIVE DEFENSE:

90. Plaintiff has failed to mitigate his alleged damages.

**WHEREFORE,** defendant City of New York requests judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       November 23, 2020

                        JAMES E. JOHNSON
                        Corporation Counsel
                        of the City of New York
                        *Attorney for Defendant City*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-5056

              By:   */s/ Erin T. Ryan*
                        Erin Ryan
                        Assistant Corporation Counsel
                        Special Federal Litigation Division

To:    All Counsel (by ECF)