UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL RAMIREZ,

                            Plaintiff,

-against-

THE COUNTY OF NASSAU, THE CITY OF
NEW YORK, NASSAU COUNTY DETECTIVE
FRANK LECKLER, NASSAU COUNTY
LIEUTENANT JOHN PAPADAKIS,
UNIDENTIFIED NASSAU COUNTY POLICE
OFFICERS and UNIDENTIFIED NEW YORK
CITY POLICE OFFICERS, all sued in their
capacity as individuals

                            Defendants.
-----------------------------------------------------------------X

Docket No. 20-cv-4287 (AMD)(RER)

**STIPULATION OF DISMISSAL AGAINST JOHN PAPADAKIS**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims and cross-claims are dismissed in their entirety as against Lieutenant John Papadakis only, without costs to either party as against the other. Plaintiff reserves the right to re-file this action against Lieutenant John Papadakis if good cause is shown.

      IT IS FURTHER STIPULATED AND AGREED that a fax or electronic copy of this stipulation shall have the same force and effect as an original.

1

This stipulation may be filed without further notice with the clerk of the Court.

DATED:  April 1, 2022
         Carle Place, New York

THE LAW OFFICE OF FRED LICHTMACHER P.C.
HALPERIN & HALPERIN
*Attorneys for Plaintiff Rafael Ramirez*
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 922-9066

By: _____
     Fred B. Lichtmacher

SOKOLOFF STERN LLP
*Attorneys for Defendants*
*County of Nassau,*
*Detective Frank Leckler*
*Lieutenant John Papadakis*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500

By: _____
     Steven C. Stern

SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2659

By: _____
     Andrea Osgood

SO ORDERED:

s/Ann M. Donnelly
_____
ANN M. DONNELLY, U.S.D.J.

2