Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
116 West 23rd Street Suite 500
New York, NY 10011
(212) 922-9066
empirestatt@aol.com

December 14, 2023

Honorable Judge Joseph A. Marutollo
United States Magistrate Judge
**VIA ECF**

Re: Ramirez v. The County of Nassau, et al 1:20-cv-04287-AMD-JAM

Your Honor:

    I am the attorney on record for the plaintiff in the above mentioned matter. Plaintiff writes with sincere apologizes to the Court for their absence in appearance on the December 14, 2023 telephone conference.

    The reason for Plaintiff's absence is due to a major knee reconstruction operation that I underwent on November 30, 2023, and my still being entirely confined to recovery and rest at this moment, as well as being heavily sedated. I have not been able to work or walk, and due to my condition, failed to acknowledge my obligation to the conference. I intend on making a recovery within the next two weeks, and as such, respectfully request the conference be adjourned until December 29, 2023, or any day thereafter that is convenient for the Court.

    There is no change in status, as there are still no letters of administrations. Plaintiffs's absence was entirely at the fault of my recovery, and I extend my sincerest apologies to the Court.

                                            Respectfully submitted,

                                            /s/
                                          Fred Lichtmacher

cc:    **VIA ECF**
       Steven C. Stern
       Daniel Michael Braun
       Daniel Ryan Axelrod
       Gregory Musso