

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ALEXANDRA CORSI**<br>*Senior Counsel*<br>Tel.: (212) 356-3545<br>Fax: (212) 356-3509<br>acorsi@law.nyc.gov |

December 15, 2023

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Rafael Ramirez v. County of Nassau, et al.*, 20 CV 4287 (AMD) (JAM)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the supervisor for Assistant Corporation Counsel Gregory Musso, counsel of record for the City of New York in this case. In that capacity, I write pursuant to the Court's December 14, 2023 Order to Show Cause as to why the City failed to appear for the conference and why sanctions should not be issued for its failure to appear.

      As an initial matter, the undersigned and this Office sincerely apologize for Mr. Musso's failure to appear at the conference yesterday, December 14, 2023. We have spoken with Mr. Musso and he attributes his failure to appear to a calendar mix up between two of his cases. We will continue to follow-up with him to ensure such failures do not happen in the future. In addition, we are reassigning this case to a new Assistant Corporation Counsel and taking corrective action with respect to the attorney. We would like to reassure the Court that this Office takes this type of conduct seriously and understands the inconvenience it caused the Court, counsel and the parties, and it is our hope that the Court can excuse yesterday's failure to appear and not issue sanctions. The newly assigned Assistant Corporation Counsel will be filing a notice of appearance in this case once it is reassigned within the next few days and will be prepared to handle this matter going forward.

Once again, the undersigned and this Office sincerely apologize for Mr. Musso's failure to appear yesterday.

Respectfully submitted,

*/s/ Alexandra Corsi*

Alexandra Corsi
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
Fred Lichtmacher, Esq.
*Attorney for plaintiff*

Steven C. Stern, Esq.
*Attorney for co-defendant*