SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 · PHONE (516) 334-4500 · FAX (516) 334-4501 · WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

February 28, 2025

<u>Via ECF</u>
Honorable Judge Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *Ramirez v. The County of Nassau, et al.*
              Docket No. 20-CV-04287 (AMD) (JAM)
              Our File No. 210139

Your Honor:

      This firm represents defendants County of Nassau, Frank Leckler, Detective Sergeant Michael Guerra, Detective Jonathan Panuthos, Detective Dennis Wunsch, Detective Damien Suarez, Police Officer Raymon Buttacavoli (s/h/a Raymond Buttacavoci), and Police Officer Donald Johnson in the above-referenced matter.

      We write to request leave to submit a pre-motion letter of up to five pages, which exceeds the Court's page limitation by two pages. The extra pages are necessary to address the complicated fact pattern, the expert analysis, the roles of each of the seven defendant police officers, and the applicable caselaw.

      Thank you for your consideration of this request.

                                       Respectfully submitted,

                                       SOKOLOFF STERN LLP

                                       STEVEN C. STERN

CC:
ALL COUNSEL OF RECORD (VIA ECF)