

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

May 21, 2025

**Via ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Ramirez v. The County of Nassau, et al.*
               Docket No. 20-CV-04287 (AMD) (JAM)
               File No. 210139

Your Honor:

      This firm represents the Nassau County defendants in this case. We have conferred with our client, which has agreed to participate in the court-sponsored mediation program.

      We appreciate Your Honor's patience and consideration of this matter.

                                          Respectfully submitted,

                                          SOKOLOFF STERN LLP

                                          STEVEN C. STERN

cc: All counsel of record [Via ECF]